Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Gerald Novarese

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Novarese, | Case No.: |
| Plaintiff, | **COMPLAINT** |
| v. | **(Unlawful Debt Collection Practices)** |
| Northstar Location Services, LLC, | |
| Defendant. | |

Gerald Novarese (Plaintiff), through his attorneys, Krohn & Moss, Ltd.., alleges the following against Northstar Location Services, LLC (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Cheektowaga, NY.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around the month of February of 2014, Defendant placed collection phone calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

11. Plaintiff's alleged debt arises from transactions for personal, family, and household purposes.

12. Defendant called Plaintiff's telephone number at 602-330-48XX.

13. At or around 2:18pm on February 10, 2014, Defendant placed a collection phone call to Plaintiff from phone number 855-211-4583.

14. Plaintiff answered Defendant's phone call, and informed Defendant's representatives that Plaintiff had retained attorney Hollister & Lancaster.

15. Despite being informed that Plaintiff had retained an attorney, Defendant placed at least three (3) subsequent phone calls to Plaintiff on the following dates and times: February 21 at 1:45pm; February 24 at 7:30pm; February 28 at 8:05am.

# COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   1. Defendant violated §1692c(a)(2) of the FDCPA by placing collection calls to Plaintiff despite knowing that Plaintiff was represented by an attorney.

WHEREFORE, Plaintiff, Gerald Novarese, respectfully requests judgment be entered against Defendant, Northstar Location Services, LLC, for the following:

17. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Any other relief that this Honorable Court deems appropriate.


DATED: May 29, 2014        RESPECTFULLY SUBMITTED,

                              KROHN & MOSS, LTD.

                              By: /s/ Ryan Lee
                                  Ryan Lee
                                  Attorney for Plaintiff