# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Novarese,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Northstar Location Services LLC,<br><br>　　　　　　　Defendant. | No. CV-14-01171-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (**Doc. 6**),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **August 11, 2014**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending deadlines are vacated.

Dated this 12th day of June, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　Senior United States District Judge